

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-91,030-01 & 91,030-02

### EX PARTE MICHAEL JOHN ZALOBNY, Applicant

## ON APPLICATIONS FOR WRITS OF HABEAS CORPUS CAUSE NOS. 14511A & 14512A IN THE 21ST DISTRICT COURT FROM BURLESON COUNTY

*Per curiam*.

## O P I N I O N

Applicant was convicted of unauthorized use of a vehicle and possession of a controlled substance and sentenced to two years' imprisonment in each case. The Tenth Court of Appeals affirmed his convictions. *Zalobny v. State*, Nos. 10-18-00257-CR & 10-18-00258-CR (Tex. App.—Waco July 31, 2019) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

In a single ground, Applicant contends that he hired counsel, Patrick McCann, to file petitions for discretionary review (PDRs) and that McCann failed to do so. We remanded these applications for further findings of fact and conclusions of law. The trial court made further findings

of fact and concluded that Applicant was denied his right to effective assistance of counsel because of McCann's inaction. The trial court recommended that we grant Applicant out-of-time PDRs.

We agree. Relief is granted. Applicant may file an out-of-time PDRs of the judgments of the Tenth Court of Appeals in cause numbers 10-18-00257-CR & 10-18-00258-CR. Should Applicant decide to file PDRs, he must file them with this Court within thirty days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.


Delivered: April 27, 2022
Do not publish